# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

UNITED STATES OF AMERICA

-vs-   Case Number: 5:97-cr-42-Oc-10GRJ

CASEY EDWARD MITCHELL

USM Number: 09147-018

Rick Carey, FPD
201 SW Second Street, Suite 102
Ocala, Florida 34474

_____

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The defendant admitted guilt to violation charge numbers 1, 2, 3, and 4 of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 1 | New conviction for conduct occurring while on supervision in violation of condition of supervised release | November 16, 2006 |
| 2 | Excessive use of alcohol in violation of condition 7 of standard conditions of supervision | October 27, 2006 |
| 3 | New conviction for conduct occurring while on supervision in violation of the conditions of supervision | March 19, 2007 |
| 4 | Failure to notify the probation officer within seventy-two hours after being arrested in violation of condition 11 of the standard conditions of supervision | December 22, 2006 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: May 24, 2007

_____
UNITED STATES DISTRICT JUDGE

May 24, 2007

AO 245B (Rev. 6/05) Judgment in a Criminal Case

CASEY EDWARD MITCHELL  Page 2 of 2
5:97-cr-42-Oc-10GRJ

# PROBATION

The defendant is hereby placed on probation for a term of **sixty (60) days** subject to a special condition of 60 days home confinement, with or without electronic monitoring as determined by the Probation Officer, with work release privileges.

While on probation, the defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

    The defendant shall not commit another federal, state or local crime.

    The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

    The mandatory drug testing requirements of the Violent Crime Control Act are imposed. The Court authorizes random drug testing not to exceed 104 tests per year.

    The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

    If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervision that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervision in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

    It is FURTHER ORDERED that upon completion of his period of probation, the defendant is released from further supervision by the court.